TROUTMAN SANDERS LLP
Terrence R. McInnis (#155416)
terrence.mcinnis@troutmansanders.com
Kim S. Orbeck (#194105)
kim.orbeck@troutmansanders.com
5 Park Plaza, Suite 1200
Irvine, CA  92614-8592
Telephone:     949.622.2700
Facsimile:      949.622.2739

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1980 VALLEJO STREET HOMEOWNERS ASSOCIATION; JYOTSNA SABRINA BIRES; FRANZ SIMON; ALICE PRICE; EVERETT PRICE; FLORA GUGLIELMINO AND GARY M. CUSUMANO, individually and as Trustees of the Survivor's Trust under the Don and Flora Guglielmino Trust dated July 31, 1985; THE SURVIVOR'S TRUST UNDER THE DON AND FLORA GUGLIELMINO TRUST DATED JULY 31, 1985; MERVYN FRANCIS BURKE; LEE ASSEO; THOMAS PIER; and DOES 1-25,<br><br>Defendants. | Case No.  C 09-01960 SC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE** |

\\\

\\\

1021192v1

NOTICE OF VOLUNTARY DISMISSAL
C 09-01960 SC

1   NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff Travelers
Casualty and Surety Company of America hereby voluntarily dismisses the above-captioned
action without prejudice.

Dated: September 1, 2009         Respectfully submitted,

                                 TROUTMAN SANDERS LLP


                                 By: /s/ Kim S. Orbeck
                                    Terrence R. McInnis
                                    Kim S. Orbeck

                                    Attorneys for Plaintiff Travelers Casualty
                                    and Surety Company of America



IT IS SO ORDERED
Judge Samuel Conti

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1200
IRVINE, CA 92614-8592